# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 24, 2014

## NO. 03-14-00448-CV

**Alexander G. Fedorov, Appellant**

**v.**

**Cecilia Fedorov and Carrie Townsend, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD**
**DISMISSED AS MOOT -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the trial court on July 8, 2014. Having reviewed the record, the Court concludes that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.